**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00467-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. RUBEN TREVIZO-OLIVAS,
2. ATILANO AYALA,
3. GUADALUPE FLORES,
4. GUILLERMO TAVAREZ-LOPEZ,
5. MARTIN ALBERTO DE LA REE-BARRERA, and
6. MARTIN GONZAELZ,

     Defendants.
_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

     This matter is before the Court upon appearance by counsel.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **December 22, 2008** and responses to these motions shall be filed by **December 31, 2008**.  It is

     FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **January 5, 2009**, in Courtroom A602  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

     FURTHER ORDERED that a five-day jury trial is set for **January 12, 2009 at 9:30 a.m.**, in Courtroom A602.

     DATED:  November __14__, 2008     BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge