IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 08-cr-00467-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN TREVIZO-OLIVAS,
2. ATILANO AYALA,
3. GUADALUPE FLORES,
4. GUILLERMO TAVAREZ-LOPEZ,
5. MARTIN ALBERTO DE LA REE-BARRERA, and
6. MARTIN GONZALEZ,

    Defendants.

## ORDER CONTINUING MOTIONS HEARING

The Court hereby ORDERS that the motions hearing held on March 12, 2009, will be CONTINUED on **Tuesday, April 21, 2009 at 1:30 p.m.** The Court has set aside one-half day for the continuance of this hearing. It is expected that the Motions to be addressed will be:

| | |
|---|---|
| Doc. # 77 | Motion to Supress Statements of Co-Defendants, filed by Defendant Ruben Trevizo-Olivas; |
| Doc. # 82 | Motion to Supress Statement, filed by Defendant Guadalupe Flores; and |
| Doc. # 86 | Motion to Supress Evidence, filed by Defendant Guillermo Tavarez-Lopez. |

IT IS FURTHER ORDERED that only Defendants Trevizo-Olivas, Flores and Tavarez-Lopez and their counsel need be present at this hearing.

DATED: March __13__, 2009        BY THE COURT:

                                                                 CHRISTINE M. ARGUELLO
                                                                 United States District Judge