**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00467-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN TREVIZO-OLIVAS,
**2. ATILANO AYALA,**
3. GUADALUPE FLORES,
**4. GUILLERMO TAVAREZ-LOPEZ,**
5. MARTIN ALBERTO DE LA REE-BARRERA, and
**6. MARTIN GONZALEZ,**

    Defendants.

---

### ORDER CONTINUING MOTIONS HEARING

---

Pursuant to a conference call between defense counsel and Chambers staff, the Court hereby ORDERS that the motions hearing in this matter will be CONTINUED on **Friday, October 16, 2009 at 1:00 p.m.** The Court has set aside one-half day for this hearing.

IT IS FURTHER ORDERED that only those Defendants who have NOT YET filed a notice of disposition and their counsel need be present at this hearing.

DATED: August __31__, 2009

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge